UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA DAVY,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CROSS CULTURAL COMMUNICATIONS INC,<br><br>        Defendant - Appellee. | No. 23-35231<br><br>D.C. No. 3:22-cv-05938-JCC<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered June 03, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT